

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00904-CV

Brittani **JACKSON**,
Appellant

v.

**LODGE AT SHAVANO PARTNERS** d/b/a The Lodge at Shavano Park,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023-CV-04505
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: April 24, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on December 21, 2023. On March 13, 2024, we ordered appellant to file her brief and to show cause in writing by March 25, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM